[Nos. 39317-4-II; 39377-8-II.   Division Two.   October 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ROBERT
PEETE, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 08-1-05176-7, James R. Orlando, J., entered May 27, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong, J., and Alexander, J. Pro Tem.

[No. 39557-6-II.   Division Two.   October 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DAWN MICHELLE
FLEMING, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-05975-0, James R. Orlando, J., entered July 17, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39783-8-II.   Division Two.   October 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIAN LEVERT
HARRIS II, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-02093-8, Christine A. Pomeroy, J., entered August 21, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 28731-9-III.   Division Three.   October 19, 2010.]

EMILY TATE ET AL., *Appellants*, v. SPOKANE COUNTY REGIONAL
ANIMAL PROTECTION SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-01290-8, Salvatore F. Cozza, J., entered December 8, 2009. *Reversed* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Siddoway, JJ.